IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANDREA ANNETTE JACKSON § | |
|     Plaintiff § | |
| § | |
| vs. § | C.A. NO. 2:15-CV-2048-JRG |
| § | JURY TRIAL DEMANDED |
| § | |
| TARGET CORPORATION § | |
| Defendant | |

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, ANDREA ANNETTE JACKSON, in the above entitled and numbered action, and would show to the Court that she no longer desires to prosecute any claims against TARGET CORPORATION, Defendant herein. Plaintiff hereby respectfully moves that the case be dismissed without prejudice, as to Defendant, TARGET CORPORATION.  Further, Plaintiff moves that all taxable costs of court shall be taxed against the parties incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court enter an Order dismissing with prejudice this lawsuit against Defendant, TARGET CORPORATION, and ordering that all taxable costs of court shall be taxed against the parties incurring the same.

Respectfully submitted,

*/s/ William S. Hommel, Jr.*
William S. Hommel, Jr.
State Bar No. 09934250
Hommel Law Firm
1404 Rice Road, Suite 200
Tyler, Texas  75703
(903) 596-7100
(469) 533-1618 Facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic filing, on this the 3rd day of June, 2016.

_____/s/_____
William S. Hommel, Jr.